IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>Amaya Tiffany-Nicole Mims (7),<br><br>Defendant | COURTROOM MINUTES - CRIMINAL<br>BEFORE:  DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No:        23-cr-367 JMB/JFD<br>Date:             February 2, 2024<br>Court Reporter: Maria Weinbeck<br>Courthouse:   Minneapolis<br>Courtroom:    12W<br>Time Commenced: 1:46 p.m.<br>Time Concluded: 1:49 p.m.<br>Time in Court: 3 minutes |

APPEARANCES:
  Plaintiff: Tom Hollenhorst, Assistant U.S. Attorney
  Defendant: Jean Brandl, Assistant Federal Public Defender
         X FPD           X To be appointed

Date Charges Filed: 12/12/2023          Offense: Conspiracy to distribute fentanyl.

X Advised of Rights

 on     X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case.        X Granted.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

_s/Ashley Nelson_
Signature of Courtroom Deputy