# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No:            23-CR-00367(7) (JMB-JFD) |
| v. | ) | Date:                 2/4/2026 |
| | ) | Court Reporter:   Nancy Meyer |
| Amaya Tiffany-Nicole Mims, | ) | Courthouse:       St. Paul |
| Defendant. | ) | Courtroom:         3B |
| | ) | Time Commenced: 10:24 a.m. |
| | ) | Time Concluded:   10:57 a.m. |
| | ) | Time in Court:     33 minutes |
| | ) | |

Before Judge Jeffrey M. Bryan, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff: Timothy Campbell Warner, Assistant United States Attorney
   For Defendant: Steven Wright, Law Office of Steven J. Wright ☒ CJA

☒ **Sentencing.**

IT IS ORDERED:     Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | **18 months** | | **2 years** | | |

☒ Special conditions of:   **See J&C for special conditions**
☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100.00.
☒ ECF Nos. 463, 519, 520, and 521 to remain sealed until February 2, 2036.
☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released with a voluntary surrender date of May 5, 2026.

    glb
Courtroom Deputy